# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RAMIREZ MARQUEZ, | Case No. 1:26-cv-04528-JLT-SAB-HC |
| Petitioner, | ORDER VACATING JUNE 25, 2026 FINDINGS AND RECOMMENDATION |
| v. | (ECF No. 7) |
| WARDEN, et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 25, 2026, the Court issued findings and recommendation recommending dismissal of the petition because "Petitioner's one-month detention 'does not qualify as unreasonably prolonged as to violate his Fifth Amendment due process rights[,]'" and "[a]s Petitioner provide[d] no allegations explaining the factual circumstances of his entry into the United States and whether he previously encountered immigration officials or was previously released on supervision, the Court cannot liberally construe the petition as articulating a more general due process challenge to his detention or a challenge to the statutory authority for his detention." (ECF No. 7 at 3, 1.) On July 15, 2026, Petitioner filed a motion for temporary restraining order. (ECF No. 8.)

///

1

In light of the filing of the motion for temporary restraining order, the Court HEREBY VACATES the June 25, 2026 findings and recommendation (ECF No. 7).

IT IS SO ORDERED.

Dated:    **July 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge